UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER A. LEIPHART,
    Plaintiff,

v.   Case No.:  3:25cv548/TKW/ZCB

DENISE CONLEY,
    Defendant.
                          /

## REPORT AND RECOMMENDATION

Plaintiff is proceeding *pro se* in this civil rights action. (Doc. 1). On May 27, 2025, the Court—concerned about substantial financial discrepancies in Plaintiff's motion to proceed *in forma pauperis* (IFP) (Doc. 6)—ordered Plaintiff to supplement his IFP motion with certain information within fourteen days. (*See* Doc. 7).[1] Plaintiff did not respond.

---

[1] These concerns are set out more fully in the Court's prior orders (*see* Docs. 7, 8) and in Case No. 3:25cv557/MCR/ZCB. They include, *inter alia*, Plaintiff claiming that he has $9,535 in monthly expenses but little to no source of income, pays $1,450 per month in utility expenses, and pays $4,205 in "non-covered" medical expenses. As previously noted, such issues raise concerns that Plaintiff has intentionally misrepresented his financial information under penalty of perjury. (*See* Doc. 7 at 2).

1

Therefore, on June 12, 2025, the Court ordered Plaintiff to show cause, within fourteen days, why this case should not be dismissed. (Doc. 8). The Court warned Plaintiff that his failure to comply with the show cause order would result in a recommendation of dismissal. (*Id.* at 2). The deadline to respond to the show cause order has expired, and Plaintiff has failed to respond or otherwise provide the information required to supplement his IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1; *see also* Fed. R. Civ. P. 41(b) (authorizing dismissal if the "plaintiff fails . . . to comply with these rules or a court order"); *Nails v. Savannah Plastic Surgery*, No. CV421-153, 2021 WL 5504766, at *1 (S.D. Ga. June 2, 2021), *adopted*, 2021 WL 5504768 (S.D. Ga. June 24, 2021) (dismissing complaint without prejudice where plaintiff failed to comply with the court's order to supplement IFP motion with additional information).

At Pensacola, Florida, this 30th day of June 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

2

## **Notice to the Parties**

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.